IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JR CARGO,

    Plaintiff,

v.                                                        Civ. No. 25-505 WJ/GBW

STEVENS TRANSPORT, INC.,

    Defendant.

**MEMORANDUM OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

       THIS MATTER is before the Court on Magistrate Judge Gregory B. Wormuth's July 17, 2025, Proposed Findings and Recommended Disposition ("PFRD"). Doc. 9. In the PFRD, Judge Wormuth recommends that the Court dismiss Plaintiff's complaint without prejudice for failure to comply with a court order—specifically, Plaintiff's lack of response to the Court's order to show cause—and for violation of Local Rule 83.7, as Plaintiff appears to be a corporation proceeding without an attorney. *Id.*; D.N.M.LR-Civ. 83.7 ("A corporation, partnership, or business entity other than a natural person must be represented by an attorney authorized to practice before this Court."). Judge Wormuth advised the parties that they had fourteen days from service to file objections to the PFRD. Doc. 9 at 4. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Wormuth's findings and recommendation.

       **IT IS THEREFORE ORDERED THAT:**

1

1. The Court ADOPTS Judge Wormuth's Proposed Findings and Recommended Disposition (doc. 9); and

2. Plaintiff's Civil Complaint (doc. 1-1) is dismissed without prejudice.

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE